```
              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                     EASTERN DIVISION

                  NO. 4:10-MJ-1043-FL-1
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BROOKS POOLE | ) | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss the outstanding warrant in this matter and accept the proffered collateral.

For good cause shown, the court hereby GRANTS the government's motion, and ORDERS that the clerk recall the warrant for arrest in the above-captioned case.

This the 1st day of November, 2010.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
Chief United States District Judge